IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

FRANKIE HARMON                                                    PLAINTIFF

V.                    CIVIL NO. 11-6065

UNITED STATES OF AMERICA                                          DEFENDANT

### O R D E R

NOW on this 21st day of January 2014, comes on for consideration the above-styled cause.

IT APPEARING to the court that the matter has been settled, counsel for the parties having so advised the court, it is ORDERED that Plaintiff's Complaint be, and it is hereby, dismissed with prejudice, subject to the terms of the settlement agreement. The parties shall bear their own fees and costs.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the court within thirty (30) days from the file date of this order.

The court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

/s/ Robert T. Dawson
**HONORABLE ROBERT T. DAWSON**
**UNITED STATES DISTRICT JUDGE**